STATE v. TILLMAN

No. 95P86.

Case below: 77 N.C. App. 786.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1986.

STATE CAPITAL INS. CO. v. NATIONWIDE MUTUAL INS. CO.

. No. 89PA86.

Case below: 78 N.C. App. 542.

Petition by plaintiff (State Capital Insurance Company) for discretionary review under G.S. 7A-31 allowed 7 April 1986. Petition by defendant (Nationwide Mutual Insurance Company) for discretionary review under G.S. 7A-31 allowed 7 April 1986.

SWINDELL v. DAVIS BOAT WORKS

No. 64P86.

Case below: 78 N.C. App. 393.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 7 April 1986.

THE ASHEVILLE SCHOOL v. WARD CONSTRUCTION, INC.

No. 83P86.

Case below: 78 N.C. App. 594.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.

TOLLEY v. TOLLEY

No. 41P86.

Case below: 78 N.C. App. 444.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.